IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAMUEL ELOY MICELLI,

    **Plaintiff,**

    vs.                                                                                  CIV NO. 2:24-cv-00905-KRS

MARTIN O'MALLEY,
Commissioner of Social Security,

    **Defendant.**

## ORDER FOR EXTENSION

THIS MATTER coming before the Court upon Defendant's Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Motion"), (Doc. 10), it being stated that Plaintiff concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Defendant file its Answer or otherwise respond to Plaintiff's Complaint no later than December 12, 2024.

_Kevin Sweazea_
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE