IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAMUEL ELOY M.,

    **Plaintiff,**

vs.

                                      CIV. NO. 2:24-cv-00905-KRS

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    **Defendant.**

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Defendant, Commissioner of the Social Security ("Commissioner"), has filed an unopposed motion with this Court (Doc. 13), pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings. Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby **REVERSES** the Commissioner's decision on the Title XVI claim[1] in this matter under sentence four of 42 U.S.C. § 405(g) with a **REMAND** to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

/ / /

/ / /

---

[1] On November 16, 2023, Plaintiff voluntarily withdrew his Title II claim. (Doc. 12-2 at 18). The Administrative Law Judge subsequently dismissed Petitioner's Title II claim on January 26, 2024. *Id.* at 19.

1

IT IS SO ORDERED this 30th day of December, 2024.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE