## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

**SAMUEL ELOY M.,**
     **Plaintiff,**

**vs.**

               **CIV. NO. 2:24-cv-00905-KRS**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**
     **Defendant.**

## JUDGMENT

Having granted Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of

42 U.S.C. § 405(g) (Doc. 13) in an order entered concurrently herewith, in accordance with Federal

Rule of Civil Procedure 58,

  **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered

in favor of Plaintiff on his Title XVI claim.


_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE